FILED

02/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0395

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0395

_____

L.B. individually and on behalf of D.B., a Minor,

      Plaintiff and Appellant,

    v.

UNITED STATES OF AMERICA; BUREAU OF
INDIAN AFFAIRS; DANA BULLCOMING,
agent of the Bureau of Indian Affairs sued in his
individual capacity,

      Defendants and Appellees.

O R D E R

_____

      Counsel for Amici Curiae Montana Association of Counties and Montana League of Cities and Towns has filed a motion to participate in the oral argument scheduled for April 15, 2022, in the captioned matter.  Counsel states Appellee United States of America will cede ten minutes to Amici, and there is no opposition to the motion.

      The Court takes no position on this motion.  The parties are limited to 40 minutes for the Appellant and 30 minutes for the Appellees and may use that time at their discretion.

      The argument will be limited to two participants for each party.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 10 2022